1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (Cal. Bar No. 83013)
2  LISA M. SIMONETTI (Cal. Bar No. 165996)
   SAMUEL B. LUTZ (Cal. Bar No. 241165)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

7  Attorneys for Defendant
     CITIBANK, N.A., for itself
8    and as successor to CITIBANK FSB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAPLEWOOD PROPERTIES, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. and CITIBANK FSB<br><br>Defendants. | **Case No. 3:10-cv-03980-CRB**<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**[~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF DECEMBER 17, 2010 CASE MANAGEMENT CONFERENCE**<br><br>**Trial Date:** None Set<br>**Action Filed:** September 3, 2010<br><br>[Joint Stipulation Requesting Continuance Of December 17, 2010 Case Management Conference Filed Concurrently] |

LA 51336022

[PROPOSED] ORDER REGARDING CONTINUANCE OF DECEMBER 17, 2010
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:10-cv-03980-CRB

Pursuant to stipulation and good cause appearing therefore, the December 17, 2010 initial case management conference is continued to January 21, 2011.  The deadlines for the parties' Rule 26(f) conference, joint case management statement, and ADR stipulation/notice are postponed until seven (7) days following a Court ruling that Maplewood has stated a claim against Citibank.

**IT IS SO ORDERED.**

Dated:   November 30, 2010



LA 51336022

- 2 -

[PROPOSED] ORDER REGARDING CONTINUANCE OF DECEMBER 17, 2010
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:10-cv-03980-CRB