1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (Cal. Bar No. 83013)
2  LISA M. SIMONETTI (Cal. Bar No. 165996)
   SAMUEL B. LUTZ (Cal. Bar No. 241165)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

6

7  Attorneys for Defendant
     CITIBANK, N.A., for itself
8    and as successor to CITIBANK FSB

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| MAPLEWOOD PROPERTIES, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. and CITIBANK FSB<br><br>Defendants. | **Case No. 3:10-cv-03980-CRB**<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Trial Date:** None Set<br>**Action Filed:** September 3, 2010<br><br>[Joint Stipulation Extending Time To File Motion For Attorneys' Fees And Costs Filed Concurrently] |

LA 51367515

[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME
TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS
Case No. 3:10-cv-03980-CRB

Pursuant to stipulation and good cause appearing therefore, the deadline for Citibank to file its motion for attorneys' fees and costs shall be extended for a period of seven (7) calendar days to Friday, February 11, 2011.

**IT IS SO ORDERED.**

Dated:   Febraury 3, 2011



Hon. Charles R. Breyer

LA 51367515

- 2 -

[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME
TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS
Case No. 3:10-cv-03980-CRB

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     )  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On February 3, 2011, I served the foregoing document(s) described as: **[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 3, 2011, at Los Angeles, California.

| Regina Harcourt | /s/ Regina Harcourt |
|---|---|
| [Type or Print Name] | [Signature] |

LA 51367515

[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME
TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS
Case No. 3:10-cv-03980-CRB

## SERVICE LIST

Maplewood Properties, LLC v. Citibank, N.A. and Citibank FSB
USDC Northern District of California - Case No. 3:10-cv-03980-CRB

| | |
|---|---|
| Daniel R. Karon<br>**GOLDMAN SCARLATO & KARON, P.C.**<br>700 W. St. Clair Avenue, Suite 204<br>Cleveland, OH 44113<br>Telephone: (216) 622-1851<br>Facsimile: (216) 241-8175<br>Email:  karon@gsk-law.com | **Attorneys for Plaintiff**<br>**Maplewood Properties, LLC** |
| Gregory A. Braun<br>**McCORMICK BRAUN FRIMAN LLC**<br>2 N. LaSalle St. Suite 1250<br>Chicago, IL 60602<br>Telephone: (312) 327-3354<br>Facsimile: (888) 463-7786<br>Email:  gbraun@mbflegal.com | **Attorneys for Plaintiff**<br>**Maplewood Properties, LLC** |
| Jeffrey A. Leon<br>**FREED & WEISS, LLC**<br>111 West Washington Street, Suite 1331<br>Chicago, IL 60602<br>Telephone: (312) 220-0000<br>Facsimile: (312) 220-7777<br>Email:  jeff@freedweiss.com | **Attorneys for Plaintiff**<br>**Maplewood Properties, LLC** |

LA 51367515

[PROPOSED] ORDER REGARDING JOINT STIPULATION EXTENDING TIME
TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS
Case No. 3:10-cv-03980-CRB